**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI**

| | |
|---|---|
| COREY BAIR, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:20-cv-00564 |
| ) | |
| v. ) | Judge Douglas R. Cole |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ATTORNEY PRACTICE AND ADDRESS CHANGE

NOTICE IS HEREBY PROVIDED that Robert B. Thompson, who is the attorney of record, and who practiced law under the name of "Harrington, Thompson, Acker & Harrington, Ltd.", at One N. LaSalle Street, Suite 3150, Chicago, Illinois, 60602 until December 31, 2020, will, as of January 1, 2021, practice law under the firm name of "The Law Office of Robert B. Thompson LLC" at 150 South Wacker Drive, Suite 2414, Chicago, Illinois, 60606, (312) 216-5124 x 16194, bobthompsonfela@gmail.com.

    Respectfully submitted,

    /s/ Robert B. Thompson
    Robert B. Thompson (0078633)
    Harrington, Thompson, Acker & Harrington, Ltd.
    One N. LaSalle Street, Suite 3150
    Chicago, IL 60602
    (312) 332-8811

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2020, a copy of the foregoing:

## NOTICE OF ATTORNEY PRACTICE AND ADDRESS CHANGE

was filed electronically. Notice of this filing will be sent to all parties listed below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Robert B. Thompson
Harrington, Thompson, Acker & Harrington, Ltd.